UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No.4:08CR72SNLJ/AGF |
| ANDRENE THOMAS, | ) | |
| Defendant. | ) | |

## ORDER

After receiving and carefully reviewing the objections to the United States Magistrate Judge's Report and Recommendation (#29), filed September 29, 2009,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig's Report and Recommendation (#28), filed August 31. 2009, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein. Upon review of the Magistrate Judge's Report and Recommendation, and the evidentiary hearing transcript, as well as relevant caselaw, the Court concurs with the Magistrate Judge's findings and recommendation.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss the indictment (#21) be and is **DENIED.**

**IT IS FINALLY ORDERED** that defendant's motion for production of grand jury transcripts (#22) be and is **DENIED.**

Dated this 15th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE